UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HONG KONG UCLOUDLINK NETWORK
TECHNOLOGY LIMITED and
UCLOUDLINK (AMERICA), LTD.,

      Plaintiffs,

   v.

SIMO HOLDINGS INC.,

      Defendant.

**Civil Action No. 1:20-cv-03399-JSR**

## ORDER GRANTING ORAL MOTION FOR ALTERNATE SERVICE

During a telephonic conference held on May 21, 2020, Plaintiffs Hong Kong uCloudlink Network Technology Ltd. and Ucloudlink (America), Ltd. (collectively, "uCloudlink") orally moved for an order allowing alternate service of the complaint on defendant SIMO Holdings Inc. ("SIMO") pursuant to Federal Rule of Civil Procedure 4(f)(3). *See Zhang v. Baidu.Com Inc.*, 293 F.R.D. 508 (S.D.N.Y. June 7, 2013). Specifically, uCloudlink sought leave to serve the complaint electronically on SIMO's counsel of record in a co-pending case before this Court involving the same parties and patent, *SIMO Holdings Inc. v. Hong Kong uCloudlink Network Technology Ltd. and Ucloudlink (America), Ltd.*, Case No. 18-CV-05427-JSR. Having considered the motion, the Court is of the opinion that service on SIMO's domestic counsel is appropriate under Rule 4(f)(3). Accordingly, Plaintiffs' motion is hereby GRANTED.

Dated: __May 21_____, 2020

                                        _____
                                        United States District Judge