UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED and UCLOUDLINK (AMERICA), LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SIMO HOLDINGS INC., <br><br> Defendant. | Civil Action No. 1:20-cv-03399-JSR |

### [PROPOSED] ORDER GRANTING PERMISSION TO FILE UNDER SEAL

WHEREAS, Plaintiffs Hong Kong uCloudlink Network Technology Limited and Ucloudlink (America), Ltd. (collectively "uCloudlink") have requested permission of the Court to file their Reply Brief and exhibits to the Declaration of Phillip W. Goter under seal, pursuant to the Individual Rules of Practice of Hon. Jed S. Rakoff; and

WHEREAS, the Court, having considered Plaintiffs' request;

IT IS THEREFORE ORDERED that permission to file under seal is GRANTED. In addition to filing the Reply Brief and exhibits to the Declaration of Phillip W. Goter under seal, Plaintiffs are ORDERED to electronically file a redacted version of the same document(s) publicly.

Dated: __8/26__, 2020        _____
                                                          Hon. Jed S. Rakoff
                                                          United States District Court